REC'D Dcbb
~~FILED~~
STATESVILLE, N.C.

AUG 2 5 2005

U.S. DISTRICT COURT
W. DIST. OF NC

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

---

**GARDEN CITY BOXING CLUB, INC.,**
as Broadcast Licensee of the **May 3, 2003**
**DeLaHoya/Campas** Program

                Plaintiff,

   -against-

JUAN RAMIREZ, *et al.*;

                Defendants.

---

**NOTICE OF DISMISSAL**

Civil Action No. 5-05-CV-20 – H

**PLAINTIFF, GARDEN CITY BOXING CLUB, INC.,** hereby has compromised the within and foregoing action, and no party named herein being an infant or incompetent, herewith notifies the Court of the settlement of the above-styled action and moves to dismiss their claim against Defendants with prejudice and without costs pursuant to Rule 41(a) (1) of the Federal Rules of Civil Procedure.

Dated: August 18, 2005
       Ellenville, New York

**GARDEN CITY BOXING CLUB, INC.**

By: _____
     WAYNE D. LONSTEIN, ESQ.
     Attorney for Plaintiff
     LONSTEIN LAW OFFICE, P.C.
     Office and P.O. Address
     1 Terrace Hill : P.O. Box 351
     Ellenville, NY 12428
     Telephone: (845) 647-8500
     Facsimile: (845) 647-6277
     *Our File No. 03-5NC-W02G*

_____
Allan P. Root, Esq.
Root & Root, PLLC
Resident Counsel
22 North Main Street

P.O. Box 727
Weaverville, NC 28787
Tel. (828)645-7080
Fax (828)658-2318

SO ORDERED this 29th day of August, 2005

*Carl Horn, III*

**U. S. Magistrate Judge Carl Horn, III, Judge Presiding**

### CERTIFICATE OF SERVICE

The foregoing Notice of Dismissal was duly served on the following:

Malcolm E. Whittaker, Esq.
Whittaker Law Firm
Eight Greenway Plaza
Suite 606
Houston, TX 77046-0801

on this 18th day of August, 2005 via United States Postal Service, postage prepaid.

WAYNE D. LONSTEIN